U S BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

---

In re:
THOMAS D IVORY
KENYA R IVORY
3324 N 52nd Street
Milwaukee, WI 53216

    Debtor(s)

Chapter 13

Case No 2012-34355-PP-13
Court Claim no. 8
Trustee Claim no. 89
Claimant: State of Wisconsin DWD-UI
**OBJECTION TO CLAIM**

---

Now comes the Chapter 13 Standing Trustee, Thomas J. King, and objects to the allowance of the claim filed by the State of Wisconsin DWD-UI on January 22, 2013, which is recorded in the Court's Claim Register of this case as claim No. 8, in the secured amount of $1,462.00 and the unsecured amount of $16.77. The Objection is based on the following grounds:

The Proof of Claim claims a security interest in a benefit overpayment warrant. There does not appear to be any non-exempt property for the warrant to attach to.

WHEREFORE, the trustee respectfully requests that the Court disallow the claim of the State of Wisconsin DWD-UI as a secured claim. The trustee has no objection to the allowance of the claim as a general pre-petition unsecured non-priority claim in the amount set forth, $1,478.77.

Dated this 6th day of February 2013.

    /s/ Jennifer K. Marquissee
    Jennifer K. Marquissee
    Staff Attorney Chapter 13 Trustee

**Thomas J. King**
**Chapter 13 Standing Trustee**
**P O Box 3170**
**Oshkosh, WI  54903-3170**
**920.231.2150**
**Fax 920.231.5713**
**E-mail info@ch13oshkosh.com**

<pre style="text-align:center">U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN</pre>

---

In re:                                                Case No. 2012-34355-PP-13
THOMAS D IVORY
KENYA R IVORY
3324 N 52ND STREET
MILWAUKEE, WI 53216
                 Debtor(s)           Chapter 13
                                               **CERTIFICATE OF SERVICE**

---

STATE OF WISCONSIN )
                          ) SS
WINNEBAGO COUNTY )

   Kristina L Wilder, being first duly sworn on oath, states that she is an employee in the office of Thomas J. King, Standing Chapter 13 Trustee, P.O. Box 3170, Oshkosh, WI 54903-3170 and on the 6th day of February 2013, a copy of the Objection to Claim was mailed in a first class postage paid envelope or served electronically (if the party accepts service in this manner) to the following:

THOMAS D IVORY
KENYA R IVORY
3324 N 52ND STREET
MILWAUKEE, WI 53216

STATE OF WISCONSIN DWD-UI
P O BOX 7888
MADISON WI 53707-7888

RICHARD A CHECK BANKRUPTCY LAW OFFICE
757 N BROADWAY SUITE 401
MILWAUKEE WI 53202

Dated the 6th day of February 2013.

                                                               /s/ Kristina L Wilder
                                                               Kristina L Wilder